LOUIS SCHEINMAN ET AL., APPELLANTS, v. FANNIE BLOCH ET AL., RESPONDENTS.

Submitted December 11, 1922—Decided February 1, 1923.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 404.

For the appellants, *Clarence Kelsey.*

For the respondents, *Frederick K. Hopkins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   13.

*For reversal*—None.